# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON J. REESE, | Case No. 3:24-cv-00015-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 11 |
| WILLIAM RUEBART, et al., | |
| Defendants. | |

Before the court is Plaintiff's Motion for Continuance. (ECF No. 11.) Plaintiff states that he is currently incarcerated and attempting to secure counsel. Plaintiff requests an additional 180 days in which to effect service pursuant to the court's screening order (ECF No. 9).

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue summonses for Defendants Naphcare and Rimon.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Continuance (ECF No. 11) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, April 28, 2025**, in which to effect service. There shall be no further extensions of the deadline for service absent a showing of good cause for the failure to serve the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

DATED: October 30, 2024.

_____
Craig S. Denney
United States Magistrate Judge